1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO, JERRY BISHOP, MATTHEW LOPEZ,
   BARBARA MILLER, NICK YOVINO
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | LA-KEBBIA WILSON, TERI McCADA,        ) Case No. 1:09-CV-00887 LJO SKO
                                          )
12 |          Plaintiff,                   ) (Consolidated Case No. 1:08-CV-01062)
                                          )
13 |    v.                                 )
                                          ) STIPULATED PROTECTIVE
14 | CITY OF FRESNO, JERRY BISHOP,         ) ORDER RE: DOCUMENTS
     MATTHEW LOPEZ, BARBARA MILLER,       )
15 | NICK YOVINO,                          )
                                          )
16 |          Defendants.                  )
     _____    )
17

18      This litigation arises out of Plaintiffs' claims of discrimination in their employment

19 with the City.  Documents which may be utilized in this case include employee

20 complaints and investigations that are protected from disclosure by statutory and

21 common law rights of privacy.

22      The parties herein, by and through their respective counsel, hereby stipulate to

23 be bound by the following Protective Order:

24      1.    This Stipulation shall govern the production of "confidential records",

25 including, but not limited to, employee complaints and investigations related to Plaintiffs

26 which may be germane to the above-referenced action.

27 ////

28 ////

1       2.      Any DOCUMENT produced in discovery, may be marked
2  "confidential" by the producing party ("DOCUMENTS").
3       3.      The DOCUMENTS may be given, shown, disclosed, made available or
4  communicated only to the following:
5              a.      Counsel for the parties who have executed this Stipulation, and the
6  investigative, paralegal, administrative, clerical and secretarial personnel assisting such
7  attorneys for whom access to such material is necessary to perform their duties with
8  respect to this case; provided that execution of this Stipulation by any member of the
9  law firm representing a party shall constitute a representation that all persons in or
10 employed by or paid by that firm or that firm's client(s) shall adhere to this Stipulation.
11             b.      Any party who has executed a copy of the acknowledgment form
12 attached hereto as Exhibit "A" (the signed executed form shall be delivered to Betts &
13 Rubin).
14             c.      Any expert who has executed a copy of the acknowledgment.
15             d.      Personnel of the Court and court reporters retained by the
16 parties or the Court to record and transcribe testimony in this case.
17             e.      The DOCUMENTS designated for protection pursuant to this
18 Stipulation may, if admissible, be introduced into evidence or otherwise disclosed in
19 Court proceedings pursuant to protections agreed upon by the Court.
20             f.      The DOCUMENTS shall not be used by any party to whom it is
21 disclosed for any purpose other than for purposes of the pending litigation.  The
22 DOCUMENTS designated hereunder shall be kept in secure facilities.
23             g.      No person can utilize or disclose to any person, in public or in
24 private, the DOCUMENTS, or information set forth therein, except as set forth in this
25 Stipulation.
26             h.      The Stipulation is not intended to preclude any party from seeking
27 further relief, modification of the Stipulation, or protective orders from the Court, as may
28 be deemed appropriate under applicable law, upon appropriate notice to all parties.

      i.      This Stipulation shall be binding on all persons and all parties who have notice hereof and all persons who have voluntarily signed the Affidavit of Confidentiality, as attached hereto.  A disclosure of designated material in violation of the conditions of this Stipulation is subject to whatever sanctions the Court deems appropriate and/or any remedy provided under state and/or federal law.

    4.    To the extent that any party disputes that a DOCUMENT should be marked as "confidential", the parties shall meet and confer in a good faith attempt to resolve any potential dispute.  If the parties' meet and confer efforts prove unavailing, a party may move the Court for an order that the subject DOCUMENT should not be treated as confidential and subject to the terms of this Protective Order.

Dated:   February 2, 2011        BETTS & RUBIN

                           By      /s/ Joseph D. Rubin
                                Joseph D. Rubin
                           Attorneys for Defendants
                           CITY OF FRESNO, JERRY BISHOP,
                           MATTHEW LOPEZ, BARBARA MILLER,
                           NICK YOVINO

                           Emerson, Corey, Sorensen, Church & Libke

Dated:   February 2, 2011       By      /s/ Rayma Church
                                Rayma Church, Esq.
                           Attorney for Plaintiffs La-Kibba Wilson and Teri McCada

IT IS SO ORDERED.

**Dated:   February 2, 2011**        /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE