**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO, JERRY BISHOP, MATTHEW LOPEZ, BARBARA MILLER, NICK YOVINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-KEBBIA WILSON, TERI McCADA,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO, JERRY BISHOP, MATTHEW LOPEZ, BARBARA MILLER, NICK YOVINO,<br><br>              Defendants. | Case No. 1:09-CV-00887 LJO SMS<br><br>(Consolidated Case No. 1:08-CV-01062)<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANTS MATTHEW LOPEZ AND BARBARA MILLER BY PLAINTIFF LA-KEBBIA WILSON |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff La-Kebbia Wilson and Defendants Matthew Lopez and Barbara Miller, through their counsel of record, that:

Plaintiff La-Kebbia Wilson dismisses Defendants Matthew Lopez and Barbara Miller from this action with prejudice, with each party to bear its own fees and costs.

Dated:  February 3, 2011        BETTS & RUBIN

/s/   Joseph D. Rubin
Joseph D. Rubin, Esq.
Attorney for Defendant BARBARA MILLER AND MATTHEW LOPEZ

Dated:    February 3, 2011        EMERSON, CAREY, SORENSON, CHURCH & LIBKE

/s/   Rayma Church
Rayma Church, Esq.
Attorney for Plaintiff LA-KEBBIA WILSON

**ORDER**

The clerk is DIRECTED not to close this action.

IT IS SO ORDERED.

**Dated:   February 3, 2011**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE