**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO, JERRY BISHOP, MATTHEW LOPEZ, BARBARA MILLER, NICK YOVINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-KEBBIA WILSON, TERI McCADA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, JERRY BISHOP, MATTHEW LOPEZ, BARBARA MILLER, NICK YOVINO,<br><br>Defendants. | Case No. 1:09-CV-00887 LJO SMS<br><br>(Consolidated Case No. 1:08-CV-01062)<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANTS JERRY BISHOP, MATTHEW LOPEZ AND NICK YOVINO BY PLAINTIFF TERI McCADA |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Teri McCada and Defendants Jerry Bishop, Matthew Lopez and Nick Yovino, through their counsel of record, that:

Plaintiff Teri McCada dismisses Defendants Jerry Bishop, Matthew Lopez and Nick Yovino from this action with prejudice, with each party to bear its own fees and costs.

Dated: February 8, 2011        BETTS & RUBIN


                                /s/   Joseph D. Rubin
                                _____
                                Joseph D. Rubin, Esq.
                                Attorney for Defendant NICK YOVINO, JERRY BISHOP AND MATTHEW LOPEZ

1
2  Dated:   February 8, 2011            EMERSON, CAREY, SORENSON, CHURCH & LIBKE
3
4                                        /s/   Rayma Church
                                          Rayma Church, Esq.
                                       Attorney for Plaintiff TERI McCADA
5
6      The clerk is directed not to close this action.
7      IT IS SO ORDERED.
8  **Dated:   February 8, 2011**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE
9

- 2 -                                    Stip re Dismissal