FILED
APR 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-KEBBIA WILSON, | CASE NO. CV F 09-0887 LJO SMS |
| Plaintiff, | **ORDER REASSIGNING CASE** |
| vs. | |
| CITY OF FRESNO, | |
| Defendant. | |

Due to the jury trial conflict of the undersigned in a criminal case also set for June 13, 2011, the above-captioned case is hereby reassigned to Senior District Judge William B. Shubb for all matters from the date of this order. Counsel are to arrange a conference call forthwith with Judge Shubb's Courtroom Deputy (916-930-4230) for the purpose of resetting the hearing date, time and location of Motions in Limine.

IT IS SO ORDERED.

Date: April 18, 2011

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

IT IS SO APPROVED.

Date: April 18, 2011

_____
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

IT IS SO ACCEPTED.

Date: April 22, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE