1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO, JERRY BISHOP,
   MATTHEW LOPEZ, BARBARA MILLER, NICK YOVINO
7

8                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 LA-KEBBIA WILSON, TERI McCADA,      )  Case No. 1:09-CV-00887 LJO SMS
                                       )
12            Plaintiff,               )
                                       )  STIPULATION RE DEADLINE FOR
13    v.                               )  MOTIONS IN LIMINE; AND ORDER
                                       )  THEREON
14 CITY OF FRESNO, JERRY BISHOP,       )
   MATTHEW LOPEZ, BARBARA MILLER,      )
15 NICK YOVINO,                        )
                                       )  Trial: June 13, 2011
16            Defendants.              )
   _____)
17

18        The parties, through their counsel of record, hereby stipulate as follows:

19        1.      Based upon the death of an immediate family member of counsel's

20 secretary and her unanticipated leave, the parties hereby request that the Pre-Trial

21 Order be modified so that all Motions in Limine are to be filed on or before May 16,

22 2011, and all opposition papers are to be filed on or before May 23, 2011.

23        2.      The hearing on the Motions in Limine will remain on calendar for May 27,

24 2011, at 1:30 p.m.

25                              EMERSON, CAREY, SORENSON, CHURCH & LIBKE

26
   Dated:   April ____, 2011       /s/_____
27                                 Rayma Church, Esq.
                                   Attorney for Plaintiffs La-Kebbia Wilson
28                                 and Teri McCada

BETTS & RUBIN

Dated:    April ____, 2011          /s/_____

                                          Joseph D. Rubin, Esq.
                                          Attorney for Defendants City of Fresno Jerry Bishop,
                                          Matthew Lopez, Barbara Miller and Nick Yovino

**IT IS SO ORDERED:**

Dated:  April 28, 2011

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation re Deadl;ine for MILS

1

PROOF OF SERVICE

2

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter.  My business

3

address is 907 Santa Fe Avenue, Suite 201, Fresno, California.  On April 28, 2011, I served

4

**DEFENDANT'S EXHIBIT LIST** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

5

\_\_\_\_\_ **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

6

7

\_\_\_\_\_ **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

8

\_X\_\_ **(By Mail)** I placed the envelope for collection and processing for mailing following this business' ordinary practice with which I am readily familiar.  On the same day

9

correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

10

11

\_\_\_\_\_ **(By Hand)**I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

12

Rayma Church, Esq.

13

Emerson, Corey, Sorensen,
Church & Libke

14

2520 W. Shaw Lane, Suite 102
Fresno, CA 93711

15

16

\_\_\_ **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

17

I declare under penalty of perjury under the laws of the State of California that

18

the above is true and correct.  Executed on April 28, 2011, at Fresno, California.

19

20

_____
Debbie Mazza

21

22

23

24

25

26

27

28

Stipulation re Deadl;ine for MILS