# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-KEBBIA WILSON, | CASE NO. CV F 09-0887 LJO SMS |
| Plaintiff, | **ORDER SETTING TRIAL DATE** |
| vs. | |
| CITY OF FRESNO, | |
| Defendant. | |

This Court conducted a trial setting conference following reassignment of the designated trial judge. Plaintiff appeared by counsel Rayma Church. Defendant appeared by counsel Joseph Rubin. Following input from counsel as to the trial date, the Court sets the trial date and orders as follows:

**1.  Trial Date**

A jury trial is set for **April 10, 2012 at 8:30 a.m.** in Department 4 before the Hon. Lawrence J. O'Neill. Trial is set for 5-7 days.

**2.  Motions in Limine**

This Court will conduct a hearing on the motions in limine on **March 20, 2012 at 8:30 a.m.** in Department 4 (LJO) of this Court. Motions in limine shall be filed and served no later than **March 6, 2012**. Responses to motions in limine shall be filed and served no later than **May 13, 2012**. This Court will neither accept nor consider reply papers. The parties may elect to rely upon their motions in limine papers previously filed in this case and may do so by filing notice of this election no later than March 6, 2012.

**3.  Submission of Trial Exhibits**

No later than **April 5, 2012,** the parties shall file and serve their lists of respective pre-marked exhibits, and shall submit to the clerk's office all pre-marked trial exhibits. The parties' counsel should note that, pursuant to Local Rule 281(b)(11), only those exhibits listed in the parties' pretrial statement will be permitted to be offered into evidence.

In addition, the parties shall file and serve no later than **April 5, 2012** a list of all discovery documents intended to be used at trial. Deposition testimony shall be designated by page and line number, with such designation to be filed and served no later than **April 5, 2012.**

**4.     Joint Statement of the Case**

The joint neutral statement shall be filed and served no later than **April 5, 2012**.

**5.     Proposed Jury Voir Dire**

The parties shall file and serve any proposed jury voir dire no later than **April 5, 2012.**

**6.     Proposed Jury Instructions and Verdict Form**

The parties, no later than **April 5, 2012,** shall file and serve all agreed-on jury instructions and an agreed-on verdict form and identify such as the agreed-on jury instructions and verdict form. No later than **April 5, 2012,** plaintiff may file and serve no more than 10 proposed jury instructions and identify such as jury instructions upon which all parties could not agree. No later than **April 5, 2012,** the City may file and serve up to 10 proposed jury instructions and identify such as jury instructions upon which all parties could not agree. No later than **April 5, 2012,** the parties may file and serve meaningful written objections to disputed jury instructions proposed by another party.

**7.     Witness list**

No later than **April 5, 2012,** each party shall file and serve a final witness list. The parties' counsel should note that, pursuant to Local Rule 281(b)(10), only those exhibits listed in the parties' pretrial statement will be permitted to testify.

In all other respects the Pretrial Order issued in this case on April 13, 2011, Doc. 56, shall remain in full force and effect.

IT IS SO ORDERED.

**Dated:   June 8, 2011**                              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE