# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-KEBBIA WILSON, | CASE NO. CV F 09-0887 LJO SMS |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTIONS IN LIMINE** (Doc. 73.) |
| vs. | |
| CITY OF FRESNO, | |
| Defendant. | |

This Court conducted a March 20, 2012 hearing on each motion in limine ("ML") of plaintiff La-Kebbia Wilson ("plaintiff"). Plaintiff appeared by counsel Rayma Church. Defendant City of Fresno appeared by counsel Joseph Rubin. For the reasons stated on the record, this Court:

1. GRANTS in part and DENIES in part ML No. 1 in that Holly Perez' investigation report may be used only for refreshing recollection and impeachment and as a prior inconsistent statement;

2. GRANTS ML No. 2 if plaintiff does not call Teri McCada ("Ms. McCadea") as a witness, however, if plaintiff calls Ms. McCada as a witness, her personnel actions may be introduced to test credibility and impeachment;

3. GRANTS ML No. 3 to preclude evidence as to dismissed parties and claims on the condition that plaintiff does not address or raise such dismissed parties and claims;

4. GRANTS ML No. 4 to preclude evidence as to plaintiff's sick, personal and vacation leave and donated time on the condition that plaintiff does not address or raise her sick, personal and vacation leave and donated time;

5. GRANTS ML No. 5 to preclude evidence as to an anonymous letter attributed to

1      plaintiff;

2   6. GRANTS ML No. 6 to exclude witnesses from the courtroom when not testifying; and

3   7. GRANTS ML No. 7 to exclude evidence as to motions in limine and rulings thereon.

IT IS SO ORDERED.

**Dated:    March 20, 2012**                            /s/ Lawrence J. O'Neill
                                                                                   UNITED STATES DISTRICT JUDGE